# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES R. MCDANIEL, JR., | ) | 3:16-cv-00259-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 15, 2017 |
| ELY STATE PRISION, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed their Motion for Summary Judgment (ECF No. 32) in this action. Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 32).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
    Deputy Clerk